

                                                                   Yitzchak Zelman, Esq.
                                                                   1669 East 12 Street
                                                                   Brooklyn, NY 11229
                                                                   (718) 339-0856
                                                                  yzelman@Sassonlaw.com

                                                                   April 24, 2014

Honorable Chief Judge Carol Bagley Amon
Brooklyn Federal Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

                             **Re: Francis v. HSBC, N.A.**
                             **Civil No: 1:12-cv-01520-CBA-VMS**

Dear Chief Judge Amon,

      This firm represents the Plaintiff in the above action.  Please be advised that this matter has been settled, pending the exchange of executed settlement agreements.  It is accordingly requested that this Court issue an Order allowing the parties thirty days to file a Stipulation of Discontinuance, thereby allowing adequate time for the exchange of executed settlement agreements.

      Kindly contact the undersigned with any questions or concerns regarding the foregoing.


                                                              Respectfully Submitted,

                                                              /s/ Yitzchak Zelman
                                                              Yitzchak Zelman, Esq.