UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
**GABRIEL FRANCIS,**

        **Plaintiff,**           Case No. 12 CV 1520 (CBA)(VMS)

  - against -

**HSBC BANK USA, N.A.,**

        **Defendant.**
-----------------------------------------------------------X

## STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties and their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed against HSBC BANK USA, N.A., <u>with prejudice</u>, and without costs to any party.

Dated: New York, New York
      February 6, 2014

By: /s/ Yitzchak Zelman_____     By: /s/Anthony DiPaolo_____
  Yitzchak Zelman, Esq.                   Anthony DiPaolo, Esq.
  Law Office of Alan J. Sasson, P.C.        Anthony DiPaolo, P.C.
  1669 East 12th Street, 2nd Fl.             235-07 Braddock Avenue
  Brooklyn, NY 11229                       Queens Village, New York 11428
  Phone: 718-339-0856                   Phone: (718)989-8800
  Attorney for Plaintiff                      Attorney for Defendant
  *Gabriel Francis*                             *HSBC Bank, N.A.*

**SO ORDERED:**

_____
USDJ