```
                                                         FILED
                                                    IN CLERK'S OFFICE
                                                 U.S. DISTRICT COURT E.D.N.Y.
UNITED STATES DISTRICT COURT                     ★  JUN 4 - 2014  ★
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X      BROOKLYN OFFICE
GABRIEL FRANCIS,

                Plaintiff,                Case No. 12 CV 1520 (CBA)(VMS)

        - against -

HSBC BANK USA, N.A.,

                Defendant.
------------------------------------------------------X
```

## STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties and their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed against HSBC BANK USA, N.A., <u>with prejudice</u>, and without costs to any party.

Dated: New York, New York
       February 6, 2014

By: /s/ Yitzchak Zelman                By: /s/Anthony DiPaolo
    Yitzchak Zelman, Esq.                  Anthony DiPaolo, Esq.
    Law Office of Alan J. Sasson, P.C.     Anthony DiPaolo, P.C.
    1669 East 12th Street, 2nd Fl.         235-07 Braddock Avenue
    Brooklyn, NY 11229                     Queens Village, New York 11428
    Phone: 718-339-0856                    Phone: (718)989-8800
    Attorney for Plaintiff                 Attorney for Defendant
    *Gabriel Francis*                      *HSBC Bank, N.A.*


**SO ORDERED:**

  s/Carol Bagley Amon
USDJ

6/4/14